# In the United States District Court
# For the Southern District of Georgia
# Brunswick Division

| | | |
|---|---|---|
| TONY WELLS, | * | |
| Petitioner, | * | CIVIL ACTION NO.: 2:18-cv-61 |
| v. | * | |
| D. EDGE, | * | |
| Respondent. | * | |

## ORDER

The Court has conducted an independent and *de novo* review of the entire record and concurs with the Magistrate Judge's Report and Recommendation, dkt. no. 11. Petitioner Tony Wells ("Wells") did not file Objections to this Report and Recommendation. Accordingly, the Court **ADOPTS** the Magistrate Judge's Report and Recommendation as the opinion of the Court. The Court **GRANTS** Respondent's unopposed Motion to Dismiss, **DISMISSES as moot** Wells' Petition, **DIRECTS** the Clerk of Court to **CLOSE** this case and to enter the appropriate judgment of dismissal, and **DENIES** Wells *in forma pauperis* status on appeal.

SO ORDERED, this 14 day of _____, 2019.

HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA